# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130181

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HADJI HUSSINE SANDERS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130181
COA: 266192
Kalamazoo CC: 03-001363-FH

On order of the Court, the application for leave to appeal the December 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522